UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-62472-CIV-DIMITROULEAS

MELISSA FEIS, as Personal
Representative of the Estate of AARON FEIS,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## PLAINTIFF'S NOTICE TO SEAL ORDER

COMES NOW, the Plaintiff, MELISSA FEIS, as Personal Representative of the Estate of AARON FEIS, hereby gives notice that the Sealed Order Approving Settlement on Behalf of Minor [DE 11 *SEALED*] dated February 15, 2022 shall remain sealed.

Respectfully submitted,

By _____/s/ Adam M. Balkan_____
ADAM M. BALKAN
Florida Bar No.: 0044880
BALKAN & PATTERSON
1877 S Federal Highway, Suite 100
Boca Raton, FL 33432
Telephone:    (561) 750-9191
Facsimile:     (561) 750-1574
adam@balkanpatterson.com
tiffany@balkanpatterson.com

*Counsel for Plaintiff, Estate of Aaron Feis*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

      */s/ Adam M. Balkan*
ADAM M. BALKAN

## SERVICE LIST

**KARIN D. WHERRY, ESQ.**
Florida Bar No.: 509530
ARIANA FAJARDO ORSHAN, et al
99 NE 4th Street, Suite 300
Miami, FL 33132
Telephone:     (305) 961-9016
Karin.Wherry@usdoj.gov
*Counsel for USA*